**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
**RIVERSIDE DIVISION**

In Re:

Nathaniel Cloyd Jones,
*fka* Nathaniel Cloyd Perry Jones, and

Joint Debtor
Kristin Kendall Jones,
*fka* Kristin Kendall Creeach

Debtors.
_________________________________/

CASE NO.: **6:26-bk-16448-EB**

CHAPTER 7

**NOTICE OF APPEARANCE AND DEMAND FOR NOTICE AND PAPERS**

PLEASE TAKE NOTICE that Fairway Independent Mortgage Corporation, secured creditor to the above entitled Debtor(s) by and through its undersigned counsel, hereby enters its appearance pursuant to Bankruptcy Rule 9010(b); and such counsel hereby requests, pursuant to Bankruptcy Rules 2002, 3007, and 9007 and Section 342 of the Bankruptcy Code, that copies of all notice and pleadings given or filed in the above-captioned case be given and served upon the undersigned at the following addresses and telephone/facsimile numbers:

Daniel I. Singer, Esquire
Sokolof Remtulla, LLP
2301 Dupont Drive, Suite 505
Irvine, CA 92612
Telephone: 888-522-6214
Facsimile: 949-420-2177
Primary e-mail: dsinger@sokrem.com

PLEASE TAKE FURTHER NOTICE that neither this Notice of Entry of Appearance nor any subsequent appearance, pleadings, claim, or suit, is intended or shall be deemed to waive Fairway Independent Mortgage Corporation's right to have orders in non-core matters entered only after de novo review by a higher court; (ii) right to trial by jury in any proceeding so triable herein

or in any case, controversy or proceeding related hereto; (iii) right to have the reference withdrawn in any matter subject to mandatory or discretionary withdrawal; or (iv) other rights, claims, actions, defenses, setoffs, or recoupments to which Fairway Independent Mortgage Corporation is or may be entitled under agreements, in law, or in equity, all of which rights, claims, actions, defense, setoffs, and recoupments are expressly reserved.

Dated: August 17, 2026

Respectfully submitted,

**SOKOLOF REMTULLA, LLP**

/s/ Daniel I. Singer, Esq.
**Daniel I. Singer, Esquire**
Sokolof Remtulla
2301 Dupont Drive, Suite 505
Irvine, CA 92612
Telephone: 888-522-6214
Facsimile: 949-420-2177
Primary e-mail: Dsinger@sokrem.com
*Counsel for Fairway Independent Mortgage Corporation*

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:

2301 Dupont Drive, Suite 505
Irvine, CA 92612

A true and correct copy of the foregoing document entitled (*specify*): ______________________
Notice of Appearance

will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) 08/17/2026, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

Trustee: Lynda T. Bui (TR), trustee.bui@shulmanbastian.com
U.S. Trustee: ustpregion16.rs.ecf@usdoj.gov
Debtor's Counsel: kevin@tang-associates.com

☐ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On (*date*) 08/17/2026, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

Debtor, Nathaniel Cloyd Jones, 32912 Manhattan Ave Winchester, CA 92596
Debtor, Kristin Kendall Jones, 32912 Manhattan Ave

☐ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) ______________, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| | | |
|---|---|---|
| 08/17/2026 | Daniel I. Singer, Esq | /s/ Daniel I. Singer, Esq. |
| *Date* | *Printed Name* | *Signature* |